TIFFANY & COMPANY, Respondent, *v.* TIFFANY PRODUCTIONS, INC., Appellant.

(Argued April 18, 1933; decided May 23, 1933.)

*Charles H. Kelby, H. William Fitelson* and *I. Jack London* for appellant.

*R. L. von Bernuth, M. S. Lockhart, J. M. Rose* and *H. J. Sillcocks* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.